JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

### Plaintiff(s):
First Listed Plaintiff:
Jose Oliva ;
**County of Residence:** Outside This District

### Defendant(s):
First Listed Defendant:
Fl Harbour Walk LLC ;
**County of Residence:** Outside This District

Additional Defendants(s):
Strategic Outsourcing Group ;

**County Where Claim For Relief Arose:** Hillsborough County

### Plaintiff's Attorney(s):
Luis R. Amadeo (Jose Oliva)
Cynthia Gonzalez PA
4023 North Armenia, Suite 240
Tampa, Florida 33607
**Phone:** 813.333.1322
**Fax:** 866.593.6771
**Email:** Amadeo@wagesdue.com

Cynthia Gonzalez
Cynthia Gonzalez PA
4023 N Armenia, Suite 240
Tampa, Alabama 33607
**Phone:** 813.333.1322
**Fax:** 866.593.6771
**Email:** cynthia@wagesdue.com

### Defendant's Attorney(s):

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
     Plaintiff: N/A
     Defendant: N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act
**Cause of Action:** 29 USC 201 201, 29 USC 215, Fla Stat 448.102
**Requested in Complaint**
     **Class Action:** Not filed as a Class Action
     **Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

## Signature: s/ Cynthia Gonzalez

## Date: 4/11/2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.