# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOSE OLIVA,

    Plaintiff,

v.                               CASE NO.  8:17-cv-861-T-26AAS

FL HARBOUR WALK, LLC, and
STRATEGIC OUTSOURCING GROUP, INC.,

    Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions as required by Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion to Approve Settlement Agreement and to Dismiss Case with Prejudice (Dkt. 12) is **granted**.  The Court specifically approves the parties' settlement agreement attached to the motion as Exhibit A.  This case is dismissed with prejudice.  The clerk is directed to terminate any pending motions and/or deadlines and to **CLOSE** this case.

    **DONE AND ORDERED** at Tampa, Florida, on July 17, 2017.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record